IN THE DISTRICT COURT OF COMANCHE COUNTY
STATE OF OKLAHOMA

Tommy L. Sims, )
)
    Plaintiff, )
)
vs. )   Case No.: CJ-2023-486
)
Jason Hosch d.b.a. State Farm Insurance, )
together with all of it successors, and subsidiaries, )
parent companies, parent corporations, holding )
companies, sister companies, sister corporations, )
agents and joint vendors, )
)
    Defendant(s), Jointly and Severally. )

**TO THE ABOVE-NAMED DEFENDANT: JASON HOSCH**

    You have been sued by the above-named Plaintiff, and you are directed to file a written Response to the attached Petition in the court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Response must be delivered or mailed to the attorney for the Plaintiff

    Unless you respond to the Petition within the time stated, judgment will be rendered against you for the relief demanded in the Petition, together with the costs of the action.

Issued on this 24 day of Oct, 2023.

[SEAL]

ROBERT MORALES COURT CLERK
By Maressa Martin
Deputy Court Clerk

TOMMY L. SIMS, OBA 12861
1103 SW C Avenue Ste 1
Lawton, Oklahoma 73501
Phone: 580 595 1020
Fax: 580 699 2874

**YOU MAY SEEK THE ADVICE OF ANY ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR RESPONSE. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT A RESPONSE MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

This Summons and Notice was served on this _____ day of _____, 2023.

**EXHIBIT 2**