**IN THE DISTRICT COURT OF COMANCHE COUNTY**
**STATE OF OKLAHOMA**

| | | |
|---|---|---|
| Tommy L. Sims, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: CJ-2023- 486 |
| | ) | |
| Jason Hosch d.b.a. State Farm Insurance, | ) | |
| together with all of it successors, and subsidiaries, | ) | |
| parent companies, parent corporations, holding | ) | |
| companies, sister companies, sister corporations, | ) | |
| agents and joint vendors, | ) | |
| | ) | |
| Defendant(s),    Jointly and Severally. | ) | |

### DEPOSITION SUBPOENA DUCES TECUM

THE STATE OF OKLAHOMA TO:         Jason Hosch
                                  1908 E Gore Blvd, Ste B
                                  Lawton, Oklahoma 73501

YOU ARE COMMANDED to appear on the 4th floor of the Comanche County Courthouse on the **22nd day of December 2023 at 2:00 p.m.**, in the Courtroom of District Judge Meaders, to testify as a witness in the above-styled action and bring with you: All documents related to any State Farm Issued Policy to Tommy Sims, All documents related to any insurance claim filed by or on behalf of Tommy Sims, All recordings, text messages, emails or other correspondence between yourself, State Farm, or any agents of State Farm regarding ANY policy held by Tommy Sims with State Farm.

You shall not depart the Courthouse without the permission of the Court.

Hereof fail not, under penalty of law.

In order to allow objections to the production of documents and things to be filed, you should not produce the documents subpoenaed until the date specified in this subpoena, and if an objection is filed until the Court rules on the objections.

Dated this 24 day of October, 2023.

**TOMMY L. SIMS, OBA 12861**
1103 SW C Avenue Ste 1
Lawton, Oklahoma 73501
Phone: 580 595 1020
Fax: 580 699 2874
Attorney for the Petitioner

[SEAL]

Robert Morales, Court Clerk
By Maressa Martin
Deputy Court Clerk

Issued Upon Request of Tommy L. Sims, Attorney for Petitioner
1103 SW C Avenue Suite 1, Lawton, Oklahoma 73501

## EXHIBIT 3