
OKLAHOMA State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR COMANCHE COUNTY, OKLAHOMA

Tommy L. Sims,
    Plaintiff,
v.
Jason Hosch d.b.a. State Farm Insurance,
toger with all of its successors, and subsidiaries,
parent companies, parent corporations, holding
companies, sister companies, sister corporations,
agents and joint vendors,
    Defendant(s), Jointly and Severally.

No. CJ-2023-486
(Civil relief more than $10,000: TORT- PERSONAL)

Filed: 10/09/2023

Judge: Meaders, Scott D.

## PARTIES

Hosch, Jason, Defendant
Sims, Tommy L, Plaintiff
State Farm Insurance, Defendant

## ATTORNEYS

**Attorney**
Sims, Tommy (Bar #12861)
1103 SW C AVE STE 1
LAWTON, OK 73501

**Represented Parties**
Sims, Tommy L

## EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Friday, December 22, 2023 at 2:00 PM HEARING | | Scott D. Meaders | |

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

EXHIBIT 4

Issue # 1.  Issue: TORT- PERSONAL (TORTP)
Filed By: Sims, Tommy L
Filed Date: 10/09/2023

| Party Name | Disposition Information |
|---|---|
| | Pending. |

# DOCKET

| Date | Code | Description | |
|---|---|---|---|
| 10-09-2023 | [ TEXT ] | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | #1 |
| 10-09-2023 | [ TORTP ] | TORT- PERSONAL | |
| 10-09-2023 | [ DMFE ] | DISPUTE MEDIATION FEE | $ 7.00 |
| 10-09-2023 | [ PFE1 ] | PETITION<br>Document Available at Court Clerk's Office | $ 163.00 |
| 10-09-2023 | [ PFE7 ] | LAW LIBRARY FEE | $ 6.00 |
| 10-09-2023 | [ OCISR ] | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | $ 25.00 |
| 10-09-2023 | [ OCJC ] | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $ 1.55 |
| 10-09-2023 | [ OCASA ] | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | $ 5.00 |
| 10-09-2023 | [ SSFCHSCPC ] | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 10.00 |
| 10-09-2023 | [ CCADMINCSF ] | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 1.00 |
| 10-09-2023 | [ CCADMIN0155 ] | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | $ 0.16 |
| 10-09-2023 | [ SJFIS ] | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | $ 0.45 |
| 10-09-2023 | [ DCADMIN155 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | $ 0.23 |
| 10-09-2023 | [ DCADMIN05 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | $ 0.75 |

| | | |
|---|---|---|
| 10-09-2023 | [ DCADMINCSF ] | $ 1.50 |

DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER

| | | |
|---|---|---|
| 10-09-2023 | [ CCRMPF ] | $ 10.00 |

COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE

| | | |
|---|---|---|
| 10-09-2023 | [ CCADMIN04 ] | $ 0.50 |

COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS

| | | |
|---|---|---|
| 10-09-2023 | [ LTF ] | $ 10.00 |

LENGTHY TRIAL FUND

**10-09-2023   [ TEXT ]**

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE MEADERS, SCOTT D. TO THIS CASE.

**10-09-2023   [ ACCOUNT ]**

RECEIPT # 2023-808075 ON 10/09/2023.
PAYOR: SIMS LAW FIRM TOTAL AMOUNT PAID: $ 242.14.
LINE ITEMS:
CJ-2023-486: $163.00 ON AC01 CLERK FEES.
CJ-2023-486: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2023-486: $1.66 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2023-486: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2023-486: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2023-486: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2023-486: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2023-486: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2023-486: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2023-486: $10.00 ON AC81 LENGTHY TRIAL FUND.
CJ-2023-486: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2023-486: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

| | | |
|---|---|---|
| 10-24-2023 | [ SMF ] | $ 10.00 |

SUMMONS FEE

**10-24-2023   [ SDTIN ]**

SUBPOENA DUCES TECUM ISSUED - INDIVIDUAL
TO: JASON HOSCH
SET 12-22-23 @ 2:00PM
Document Available at Court Clerk's Office

**10-24-2023   [ ACCOUNT ]**

RECEIPT # 2023-809362 ON 10/24/2023.
PAYOR: SIMS LAW FIRM TOTAL AMOUNT PAID: $ 10.00.
LINE ITEMS:
CJ-2023-486: $10.00 ON AC01 CLERK FEES.

**10-27-2023   [ AFD ]**

AFFIDAVIT OF SERVICE / JASON HOSCH / 10-24-23
Document Available at Court Clerk's Office