Private Process Specialists of Oklahoma, LLC
301 Woodland Cir
Cache, OK 73527



## AFFIDAVIT OF SERVICE

Tommy L Sims et al, Plaintiff(s)

STATE OF OKLAHOMA
Comanche County
FILED in the
Office of the Court Clerk

Jason Hosch
D.B.A. State Farm Ins.   et al, Defendant(s)

OCT 27 2023

By _____ Deputy

Case# CJ-23-486
Date Rec'd 10-24-23
Court Date 12-22-23   20 day notice- yes no

Documents served, I, Being duly sworn, certify that I received the following to wit:

- **X** Summons w/Petition or Complaint
- ___ Small Claims Affidavit
- ___ Forcible Entry and Detainer
- ___ Citation for Contempt
- ___ Hearing on Assets
- ___ Temporary Order
- ___ Garnishment
- ___ Motion to Modify
- ___ First Discovery Request
- ___ Order Setting Hearing
- ___ Letter
- ___ Subpoena
- **X** Subpoena Duces Tecum
- ___ Deposition Subpoena
- ___ Other

METHOD OF SERVICE: And served the same according to law in the following manner, to wit:

**X** PERSONAL SERVICE
By delivering a copy of said process personally to: **Jason Hosch**
At: **1902 E Gore #B Lawton OK**   Date: **10/24/23**   Time: **1602**

___ USUAL PLACE OF RESIDENCE
By leaving a copy of said process for: _____
With: _____ A resident/family member, fifteen years of age or older or At: _____
which is his/her usual place of residence. Date: ___ Time: ___

___ POSTED SERVICE
By affixing a copy of said process to the premises located At: _____
which is in the possession of the defendant to wit: _____
Date: ___ Time: ___

___ NOT FOUND
Said process WAS NOT SERVED on the following named for reasons stated

Undersigned declares under penalty of Perjury that the foregoing is true and correct.

Signed before me this **24** Day of **Oct** 2023

Randy Riley   PSS 2023-6

Notary Public
NOTARY PUBLIC State of OK
TRACI RILEY
Comm. # 08000018
Expires 12-19-2023

Alec Riley   PSS 2023-2

EXHIBIT 7