# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **TOMMY L. SIMS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    Case No. CIV-23-1022-G |
| | ) |
| **STATE FARM MUTUAL** | ) |
| **AUTOMOBILE INSURANCE** | ) |
| **COMPANY,** | ) |
| | ) |
|     **Defendant.** | ) |

## JUDGMENT

In accordance with the Order issued this same date, judgment is entered in favor of the defendant, State Farm Mutual Automobile Insurance Company, and against the plaintiff, Tommy L. Sims.

ENTERED this 20th day of June, 2025.

_____
CHARLES B. GOODWIN
United States District Judge